

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| NARVEAL RAGGS | |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about November 15, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

NARVEAL RAGGS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a loaded Glock 19 semiautomatic pistol, bearing serial number BWGD516, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

.

1:25-cr-00173
Judge Virginia M. Kendall
Magistrate Judge Maria Valdez
RANDOM / Cat. 4

# FORFEITURE ALLEGATION

The SPECIAL JUNE 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 19 semiautomatic pistol, bearing serial number BWGD516, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY